William C. Jeanney, Esq.
California State Bar No. 122585
Bradley, Drendel & Jeanney
P.O. Box 1987
Reno, Nevada 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
wcjeanney@bdjlaw.com

Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
Law Office of Matthew L. Sharp
432 Ridge Street
Reno, Nevada 89501
Telephone No. (775) 312-5436
Facsimile No. (775) 284-0675
matt@mattshru:plaw.com

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE R. ATWATER, *et al.*,<br><br>        Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 2:23-cv-01147-WBS-AC<br><br>**STIPULATION AND ORDER FOR RESETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE, MOTION HEARING, AND BRIEFING DEADLINES** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the following events and deadlines in this action shall be reset as stated below:

| Event/Deadline | Current Date/Time | New Date/Time |
|---|---|---|
| Opposition to Motion to Dismiss (ECF 16) | 11/22/2023 | 12/12/2023 |
| Reply in Support of Motion to Dismiss | 12/4/2023 | 1/5/2024 |
| Hearing on Motion to Dismiss (ECF 16) | 1/8/2024 at 1:30 p.m. | 1/22/2024 at 1:30 p.m. |
| Joint Status (Pretrial Scheduling) Report | 11/20/2023 | 2/26/2024 |
| Status (Pretrial Scheduling) Conference) | 12/4/2023 at 1:30 p.m. | 3/11/2024, at 1:30 p.m. |

In support of their stipulation and proposed order, the parties respectfully submit that, to further the orderly and efficient administration of this case, *see* Fed. R. Civ. P. 1, Defendant's pending motion to dismiss for lack of subject-matter jurisdiction should be resolved before the Court holds the Status (Pretrial Scheduling) Conference.  The parties also met and conferred to determine a workable briefing schedule on the motion, given deadlines and events in other matters and the upcoming holidays.

Dated: November 15, 2023            BRADLEY, DRENDEL & JEANNEY

                        By:    /s/  *William C. Jeanney*         (authorized 11/15/23)
                               WILLIAM C. JEANNEY, ESQ.

                               Attorneys for Plaintiffs

Dated: November 15, 2023            PHILLIP A. TALBERT
                                    United States Attorney

                        By:    /s/  *Joseph B. Frueh*
                               JOSEPH B. FRUEH
                               Assistant United States Attorney

                               Attorneys for Defendant

**IT IS SO ORDERED**

Dated:  November 16, 2023

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE